UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aziz Lemnazhi, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  -against-<br><br>Velocity Investments, LLC,<br><br>  Defendant. | Case No: 1:20-cv-01541-MKB-PK |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: July 6, 2020

**HINSHAW & CULBERTSON LLP**

By: ___/s Dana Briganti___
Dana Briganti, Esq.
800 Third Avenue, 13th Floor
New York, New York 10022
Tel: (212) 471-6202
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: ___/s Craig B. Sanders___
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 117805
*Attorneys for Plaintiff*

SO ORDERED:
s/ MKB 7/7/2020

_____
MARGO K. BRODIE
United States District Judge